**Order entered December 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00844-CV

### IN THE INTEREST OF G.A.L., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85844**

## ORDER

Before the Court is appellee's December 2, 2019 second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **December 11, 2019**. We caution appellee that further extension requests in this accelerated appeal involving the termination of appellant's rights will be disfavored.

/s/     BILL WHITEHILL
         JUSTICE